IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jaecolby Brown, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C/A No.: 2:13-cv-2838-RMG-BHH |
| ) | |
| City of Walterboro, City of ) | |
| Walterboro Police Department ) | |
| and Michael Williams, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

_____

AFFIDAVIT OF SERVICE
_____

PERSONALLY appeared before me the undersigned who, being duly sworn, on oath says:

1. That she is an employee in the Law Offices of Christy L. Scott, attorneys for the Defendants City of Walterboro, City of Walterboro Police Department and Michael Williams herein;

2. That there is between Walterboro and Beaufort, South Carolina, a regular communication by mail;

3. That on <u>17th</u> day of October 2013 she mailed a true and correct copy of the foregoing Notice of Removal, attached Complaint, Notice to Clerk of Court, Civil Cover Sheet, Answer to Plaintiff's Complaint, Defendants Responses to Local Rule 26.01 Interrogatories, and Affidavit of Service herein by enclosing the same in a

postpaid envelope addressed to:

Mr. Eric J. Erickson, Esquire
Erickson Law Firm, LLC
One Beaufort Town Center
2015 Boundary Street, Suite 309
Beaufort, SC  29902

and depositing the same in the post office at Walterboro, South Carolina; and

    4.    That she is not a party to this action.

    __s/Christy L. Scott_____

SWORN to before me this
<u>17th</u> day of October 2013
_____(L.S.)
Notary Public for South Carolina
My Commission Expires: